UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20805-HUCK

UNITED STATES OF AMERICA,

v.

GUIDO ZIRIO, JR.,

    Defendant.
_____/

## ORDER

This matter is before the Court on the Defendant's Motion to Suppress Statements and/or Admissions, (the "motion"), filed December 10, 2015. [D.E. 21]. The motion was referred to the Honorable Jonathan Goodman, United States Magistrate Judge for his Report and Recommendation, (the "report"), on January 6, 2016. [D.E. 27]. Judge Goodman filed the report on January 14, 2016. [D.E. 34]. The Court reviewed the report, the pertinent portions of the record and is otherwise duly advised.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(b), the Parties were given 7 days after being served with a copy of the report to serve and file written objections, if any, with the District Court. No objections were filed. Failure to file timely objections bars the Parties from a de novo determination by the District Court of an issue covered in the Magistrate Judge's Report and Recommendation and bars the Parties from attacking on appeal the factual findings contained therein. *Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) (citing *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988)). Accordingly, it is hereby:

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the report and the Defendant's suppression motion is DENIED, pursuant to the recommendations of Judge Goodman in his report, filed January 14, 2016, [D.E. 34].

DONE AND ORDERED in Chambers, Miami, Florida, February 3, 2016.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Goodman
Counsel of Record