UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CR-20805-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUIDO ZIRIO,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Defense Counsel, John F. O'Donnel's CJA Voucher No. FLS 15 4969 with appended time sheets requesting $9,324.85 as final payment for attorney's fees and costs pursuant to the Criminal Justice Act.

THE MATTER was referred to Magistrate Judge Alicia M. Otazo-Reyes on July 8, 2016. A Report and Recommendation filed on July 14, 2016 recommended that Defense Counsel be paid a total of $7,404.10 ($322.50 for in-court hours, $6,835.85 for out-of-court hours and $245.75 for expenses) as fair and final compensation for his work on the above-referenced case. [D.E. No. 65.] The Defendant filed an objection to the Report and Recommendation on July 27, 2016. [D.E. No. 66.] The Court has conducted a *de novo* review of the entire file, and finds Judge Otazo-Reyes's recommended compensation reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Otazo-Reyes, **[D.E. No. 65]**, is hereby **ADOPTED** and Approved in its entirety. Defense Counsel shall be paid a total of $7,404.10 ($322.50 for in-court hours, $6,835.85 for out-of-court hours and $245.75 for expenses) as fair and final compensation for his work on the above-referenced case. If Defense Counsel has further objections to the Court's ruling on fees, then he may request a hearing before the Court.

**DONE and ORDERED** in Chambers, Miami, Florida, on August 15, 2016.

                                                Paul C. Huck
                                                United States District Judge

**Copies furnished to:**
All counsel of record